2450 N 46th St Apt 221
Phoenix, AZ 85018
JamelHyatt40@gmail.com
407 819 9327

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **JAMEL HYATT** | ) | JURY TRIAL DEMANDED |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CV24-02183-PHX-DMF |
| | ) | |
| **RAUSCH STRUM LLP** | ) | |
| Defendant. | ) | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

### I. INTRODUCTION

1. This is an action for actual and statutory brought by Plaintiff Jamel Hyatt an individual consumer, against Defendant, Rausch Strum, LLP ("Rausch") for violations of the Fair Debt Collection Practices Act, 15 U.S.C § 1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURISDICTION AND VENUE

2. Jurisdiction of this court arises under 15 U.S.C § 1692k(d) 28 U.S.C 1331. Venue in this District is proper in that the Defendants transact business in Phoenix, Maricopa County, Arizona, and the conduct complained of occurred in Phoenix, Maricopa County, Arizona.

### III. PARTIES

1

3. Plaintiff Jamel Hyatt (hereinafter "Mr. Hyatt") is a natural person residing in Phoenix, Maricopa County, Arizona. Mr. Hyatt is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4. Upon information and belief, Defendant Rausch Strum, LLP is a Wisconsin corporation with its principal place of business located at 300 North Executive Drive Ste. 200. Brookfield, WI 53005.

5. Defendant Rausch Strum, LLP is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempt to collect consumers' debts alleged to be due to another's. The alleged debt arose from a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt as that term is defined by 15 U.S.C. §1692a(5).

### IV. FACTS OF THE COMPLAINT

6. Defendant Rausch Strum, LLP (hereinafter referred to as "Debt Collector") is a "debt collector" as defined by the FDCPA, 15 U.S.C 1692a(6).

7. On or about April 19, 2024, Mr. Hyatt received an email from Rausch Strum, LLP attempting to collect a debt owed to Blue Ridge Bank.

8. On or about April 19, 2024 Mr. Hyatt sent an email back "Hello Raush, thank you for your email, I'm sorry to inform that I am not in the position to pay this debt at this time, and don't know when I will be able to pay this debt, so I reuse to pay this debt, thank you for your understanding" Pursuing to 15 U.S.C 1692c(c).

9. On or about April 23, 2024 Mr. Hyatt received an email from Rausch Strum, LLP requesting money from Mr. Hyatt. Which was in violation of 15 USC 1692c(c).

10. Plaintiff has suffered actual damages as a result of these illegal collection communications by these Defendant in the form of anger, anxiety, intrusion upon seclusion, decreased ability to focus on task while at work, frustration, amongst other negative emotions.

## V. FIRST CLAIM FOR RELIEF
### (Defendant Rausch Strum, LLP)
### 15 U.S.C. §1692c(c)

11. Mr. Hyatt re-alleges and reincorporates all previous paragraphs as if fully set out herein.

12. The Debt Collector violated the FDCPA.

13. The Debt Collector's violations include, but are not limited to, the following:

    The Debt Collector violated 15 U.S.C § 1692c(c) of the FDCPA by failing to cease collection after receiving written notice.

14. As a result of the above violations of the FDCPA, Defendant are liable to the Mr. Hyatt actual damages, statutory damages and cost.

## VI. JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff Mr. Hyatt respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against the Debt Collector for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(a)(1)(2);

C. Statutory damages pursuant to 15 U.S.C 1692k(a)(2);

D. Cost and reasonable attorney's fees pursuant to 15 U.S.C 1692k(a)(3);

E.  For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

*/s/ Jamel Hyatt*

Jamel Hyatt

2950 N 46th St Apt 221

Phoenix, AZ 85018

Jamelhyatt4@gmail.com

(407) 819-9327